## Williams *v.* Kozlowski et al., Appellants.

OPINION BY MR. JUSTICE MAXEY, December 6, 1933:

By a stipulation filed in the above entitled case it was agreed that the decision of the above appeal should follow that of the appeal of the City of Pittsburgh in the same case, indexed to No. 238, March Term, 1933.

Therefore the judgment of the court below is affirmed.